IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Jointly Consolidated at |
| | Civil Action No. 06-891 |
| AMERICAN CAPITAL EQUIPMENT, LLC | |
| and SKINNER ENGINE COMPANY, | Civil Action No. 06-892 |
| | Civil Action No. 06-917 |
| Debtors. | Civil Action No. 06-1016 |

-----------------------------------------------------------

HARTFORD ACCIDENT AND INDEMNITY
COMPANY, et al.,

                         Appellants,

v.

AMERICAN CAPITAL EQUIPMENT, LLC
and SKINNER ENGINE COMPANY,

                         Appellees.

## ORDER

On this 5th day of October, 2006, upon consideration of the motion (the "Motion") of Willard E. Bartel, Administrator of The Estate of Vernon E. Swetlick, Deceased, styled "Motion of Willard E. Bartel, Administrator of The Estate of Vernon E. Swetlick, Deceased For An Order Requesting Substitution of Brief," it is hereby

ORDERED, that the Motion is granted, and the brief attached to the Motion is substituted in lieu of the brief filed at Doc. No. 45 with no prejudice, and the brief filed at Doc. No. 45 is stricken.

                                                                          _____
                                                                          UNITED STATES DISTRICT COURT JUDGE